Rene MELENDEZ, Sr., Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 2008–3207.

United States Court of Appeals,
Federal Circuit.

May 23, 2008.

Rene Melendez, Sr., pro se.

Matthew H. Solomson, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Petitioner having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due 21 days from the filing date of this order.

Lee Ann KAY, parent of Mason Kay,
a minor, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES, Re-
spondent–Appellee.

No. 2008–5068.

United States Court of Appeals,
Federal Circuit.

May 29, 2008.

Ronald C. Homer, Kevin P. Conway, Conway, Homer & Chin–Caplan, P.C., Boston, MA, for Petitioners–Appellants.

Lynn E. Ricciardella, Linda S. Renzi, Department of Justice, Washington, DC, for Respondent–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.